Case Number: WC-2015-0155
Filed in Washington County Superior Court
Submitted: 4/2/2015 11:35:54 AM
Envelope: 142817
Reviewer: Elizabeth McQueeney

Bk 20675 Pg354 #19708
04-23-2015 a 03:49p

STATE OF RHODE ISLAND                                    SUPERIOR COURT
WASHINGTON, S.C

BANK RHODE ISLAND,
   Petitioner

vs.                                                             W.C. No. 15- 0155

SPECTRUM ANALYTICAL, INC. and
HANIBAL TECHNOLOGY, LLC
   Respondents.

### ORDER APPOINTING TEMPORARY RECEIVER

  This cause came on to be heard upon the Petition of Bank Rhode Island for Appointment of a Temporary Receiver before the Honorable Brian P. Stern in the 2ND of April, 2015, and, upon consideration thereof, it is hereby

### ORDERED, ADJUDGED and DECREED

  1. That, _Mark Russo_, of Providence, Rhode Island, be and hereby is appointed Temporary Receiver (the "Receiver") of Respondents, Spectrum Analytical, Inc. and Hanibal Technology, LLC;

  2. That the Receiver shall, no later than five (5) days from the date hereof, file a bond in the sum of $ _10,000_ with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court.

  3. That the Receiver is authorized to take possession and charge of the property and assets of the Respondents, to collect the debts and property belonging to it, and to preserve the same until further Order of this Court.

  4. That the Receiver is authorized, until further Order of this Court, in the Receiver's discretion and as the Receiver deems appropriate and advisable, to conduct the business of Respondents, to borrow money from time to time, to purchase, for cash or upon credit, merchandise, materials, and other property, to engage appraisers and/or employees and assistants, clerical or otherwise, and to pay all such individuals and entities in the usual course of business, and to do and perform or cause to be done and performed all other acts and things as are appropriate in the premises.

  5. That pursuant to and in compliance with Rhode Island Supreme Court Executive Order No. 2000-02, this Court finds that the designation of the aforementioned person for appointment as Receiver herein is warranted and required because of the Receiver's specialized

_The Bank is authorized to advance payroll for the week ending April 1, 2015 in accordance with the existing loan Documents._

Owner: Spectrum Analytical, Inc. – Book 9230 and Page 583
Property Address: 11 H.P. Almgren Drive, Agawam, MA 01001

Bk 20675 Pg355 #19708

Case Number: WC-2015-0155
Filed in Washington County Superior Court
Submitted: 4/2/2015 11:35:54 AM
Envelope: 142817
Reviewer: Elizabeth McQueeney

expertise and experience in operating businesses in receivership and in administering non-routine receiverships which involve unusual or complex legal, financial, or business issues.

6. That the commencement, prosecution, or continuance of the prosecution of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation, or repossession proceeding, in law or in equity or under any statute or otherwise, against the Respondents or any of their property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, partnership, or any other person, or the levy of any attachment, execution, or other process upon or against any property of Respondents, or the taking or attempting to take into possession any property in the possession of the Respondents, or of which the Respondents have the right to possession, or the cancellation at any time during the receivership proceeding herein of any insurance policy, lease, or other contract with Respondents, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas, or other utility service to Respondents, by any public utility, without obtaining prior approval thereof from this Honorable Court, in which connection the Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

7. That a Citation be issued to Respondents, returnable to the Superior Court sitting at __KENT__ County at __WARWICK__, Rhode Island on the __20TH__ day of __APRIL__, 2015 at 9:30 a.m. at which time and place this cause is set down for hearing on the prayer for the Appointment of a Permanent Receiver, that the Clerk of this Court shall give notice of the pendency of the Petition herein by publishing this "<u>Order Appointing Temporary Receiver</u>" once in The Providence Journal on or before __APRIL 20TH__, 2015, and the Receiver shall give further notice by mailing, on or before __APRIL 20TH__, 2015, a copy of the <u>Order Appointing Temporary Receiver</u> to each of Respondents' creditors, shareholders, and members whose address is known or may become known to the Receiver.

ENTERED as an Order of this Court this __2ND__ day of __APRIL__, 2015.

ENTER:
_____
Associate Justice
Date: 4/2/15

ORDER:
_____
Clerk, Superior Court
Date: 4/2/15

TRUE COPY ATTEST
NANCY STRIULI, CLERK
KENT COUNTY SUPERIOR COURT

2

**Owner: Spectrum Analytical, Inc. – Book 9230 and Page 583**
**Property Address: 11 H.P. Almgren Drive, Agawam, MA 01001**

Case Number: WC-2015-0155
Filed in Washington County Superior Court
Submitted: 4/2/2015 11:35:54 AM
Envelope: 142817
Reviewer: Elizabeth McQueeney

Bk 20675 Pg356 #19708

Presented by:

/s/ Joseph M. DiOrio
Joseph M. DiOrio  (#2616)
DiOrio Law Office
144 Westminster Street, Suite 302
Providence, RI 02903
401 632-0911
401 632-0751
jmdiorio@dioriolaw.com

3

TRUE COPY ATTEST
NANCY STRIULI, CLERK
KENT COUNTY SUPERIOR COURT

Owner: Spectrum Analytical, Inc. -- Book 9230 and Page 583
Property Address: 11 H.P. Almgren Drive, Agawam, MA 01001

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS