UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11, No. 15-30404-HJB |
| SPECTRUM ANALYTICAL, INC. | |
| Debtor | |

| | |
|---|---|
| In re: | Chapter 11, No. 15-30405-HJB |
| HANIBAL TECHNOLOGY, LLC | |
| Debtor | |

## ORDER ON MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion of Spectrum Analytical, Inc. ("Spectrum") and Hanibal Technology, LLC, ("Technology" or collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned cases, seeking the entry of an Order directing the Joint Administration of the above-captioned cases for procedural purposes pursuant to Rule 1015 of the Federal rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of this Court, after notice and hearing, and for good cause shown, it appearing that the Joint Administration of the cases and estates being in the best interests of the Debtors and the parties in interest of each of their respective estates, it is hereby

ORDERED that the above-captioned Chapter 11 cases be consolidated for procedural purposes and jointly administered by the Court under the lead Chapter 11 case of Spectrum Analytical, Inc.; and it is further

*(continued on next page)*

ORDERED that the caption of the Jointly Administered Case shall be as follows:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11, No. 15-30404-HJB |
| | (Jointly Administered) |
| SPECTRUM ANALYTICAL, INC. and | |
| HANIBAL TECHNOLOGY, LLC | |
| Debtors | |

and it is further

ORDERED that the appended notice of entry of this Order be served on all creditors and parties in interest in accordance with Rule 1015-1(b) of the Local Rules of this Court.

_____  05/01/2015

Honorable Henry J. Boroff
United States Bankruptcy Judge