# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 15-30404-HJB |
| SPECTRUM ANALYTICAL, INC. | ) |
| Debtor. | ) |
| | |
| In re: | ) Chapter 11 |
| | ) Case No. 15-30405-HJB |
| HANIBAL TECHNOLOGY, LLC | ) |
| Debtor. | ) |

## EMERGENCY MOTION OF RECEIVER, W. MARK RUSSO FOR RELIEF PURSUANT TO §543(d)(1) AND FOR REQUEST FOR EMERGENCY HEARNG AND EMERGENCY DETERMINATION

W. Mark Russo, Esq. ("Receiver"), in and only in his capacity as the duly appointed Receiver for Spectrum Analytical, Inc. ("Spectrum") and Hanibal Technology LLC ("Hanibal Technology") (collectively the "Receivership Entities"), hereby moves for relief under Bankruptcy Code §543(d)(1) and requests an Emergency Determination pursuant to Local Bankruptcy Rule 9013(g).

In support of the within Motion, the undersigned respectfully submits the accompanying Memorandum of Law in Support of said Motion.

W. Mark Russo, Esq., as and only as Receiver for Spectrum Analytical, Inc. and Hanibal Technology LLC

By their attorneys,

*/s/ W. Mark Russo*
W. Mark Russo (BBO# 554047)
**FERRUCCI RUSSO, P.C.**
55 Pine Street – 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: jdorsey@frlawri.com

Dated: May 1, 2015

## CERTIFICATION OF SERVICE

I hereby certified that on this 1st day of May, 2015, I filed and serve this document through the CMECF electronic filing system on the following parties:

- Michael B. Katz    mkatz@baconwilson.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Spencer A. Stone    sstone@baconwilson.com, Dwayne@baconwilson.com

*/s/ W. Mark Russo*

*k:\s\spectrum analytical\pleading\bankruptcy\emergency motion for relief from turnover.docx*