UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

SPECTRUM ANALYTICAL, INC. and
HANIBAL TECHNOLOGY, LLC

        Debtors

Chapter 11, No. 15-30404-HJB
(Jointly Administered)

## NOTICE OF EMERGENCY HEARINGS

PLEASE TAKE NOTICE that on April 30, 2015, Spectrum Analytical, Inc. and Hanibal Technology, LLC (collectively, the "Debtors") each filed a Voluntary Petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts (the "Court"). By Order dated May 1, 2015, the Chapter 11 cases of the Debtors have been ordered to be jointly administered under the above-captioned lead case. You may be a creditor of one or both of the Debtors.

PLEASE TAKE FURTHER NOTICE that on April 30, 2015, the Debtors filed the following motions and applications with the Court (collectively, the "Motions"):

1. Debtors' Application to Employ Bacon Wilson, P.C., as Counsel;
2. Motion to Extend Deadline to File Creditor Matrices;
3. Motion to Compel Turnover of Property of the Estate Pursuant to Section 543 of the Bankruptcy Code; and
4. Motion for Interim and Final Use of Cash Collateral and Grant of Adequate Protection

PLEASE TAKE FURTHER NOTICE that by Order of the Court dated May 1, 2015 (a true copy of which is attached hereto), each of the Motions have been set for hearing at 12:00 p.m. on May 4, 2015 at the federal courthouse located at 300 State Street, Springfield, Massachusetts, Berkshire Courtroom.

If you have not yet received a copy of any of the Motions, you may request a copy by contacting the undersigned at sstone@baconwilson.com.

        Respectfully Submitted,
        Spectrum Analytical, Inc. and
        Hanibal Technology, LLC
        By Their Attorneys

        /s/ Spencer A. Stone
        Spencer A. Stone
        (BBO No. 674548)
        Michael B. Katz
        (BBO No. 261460)
        Bacon Wilson, P.C.
        33 State Street
        Springfield, MA 01103
        Tel.: (413) 781-0560
        Fax: (413) 739-7740
        sstone@baconwilson.com
        mkatz@baconwilson.com
        May 1, 2015

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:  Chapter 11, No. 15-30404-HJB

SPECTRUM ANALYTICAL, INC.

        Debtor

In re:  Chapter 11, No. 15-30405-HJB

HANIBAL TECHNOLOGY, LLC

        Debtor

### MOTION FOR EMERGENCY DETERMINATION OF FIRST DAY MOTIONS

To the Honorable Henry J. Boroff, United States Bankruptcy Judge:

    Now come Spectrum Analytical, Inc. ("Spectrum") and Hanibal Technology, LLC, ("Technology" or collectively, the "Debtors"), the debtors and debtors-in-possession in the above-captioned matters, through their undersigned counsel, the law firm of Bacon Wilson, P.C., and respectfully request the entry of an Order, on an emergency basis, fixing a hearing date on certain Motions and papers set forth below filed in the Debtors' bankruptcy cases and limiting the required notice periods. In support thereof, the Debtor respectfully represents as follows:

1. Jurisdiction over this Motion is conferred upon this Court under the provisions of 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these proceedings and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On April 30, 2015 (the "Petition Date"), the Debtors each filed a Voluntary Petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

[Margin annotation, left side, rotated: 05/01/2015 GRANTED. A HEARING ON THE DEBTORS' APPLICATION TO EMPLOY COUNSEL (DOCKET #7), MOTION TO EXTEND TIME TO FILE MATRIX (DOCKET #8), MOTION TO COMPEL TURNOVER (DOCKET #9), AND MOTION FOR USE OF CASH COLLATERAL (DOCKET #10) IS SET FOR MONDAY, MAY 4, 2015 AT 12:00 P.M. IN SPRINGFIELD. THE DEBTORS ARE ORDERED TO PROVIDE TELEPHONIC AND FAX OR ELECTRONIC NOTICE OF THE HEARINGS TO THE PARTIES LISTED IN PARAGRAPH 9 OF THIS MOTION FORTHWITH.]

[Signature: Henry J. Boroff]

1