UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

In re:                                                          Chapter 11, No, 15-30404-HJB
                                                                (Jointly Administered)
SPECTRUM ANALYTICAL, INC. and
HANIBAL TECHNOLOGY, LLC

                  Debtor
_____

## CERTIFICATE OF SERVICE

     I, Spencer A. Stone, of the law firm of Bacon Wilson, P.C., do hereby certify that on the 1st day of May, 2015, I caused the Notice of Emergency Hearings to be filed with the United States Bankruptcy Court for the District of Massachusetts utilizing the Court's CM/ECF system. I further hereby certify that on the 1st day of May, 2015, I caused said Notice to be served upon the parties listed on Exhibit "A" via telephonic and facsimile or electronic notice.

                                                                     By: /s/ Spencer A. Stone
                                                                  Spencer A. Stone
                                                                  (BBO No. 674548)
                                                                  Bacon Wilson, P.C.
                                                                  33 State Street
                                                                  Springfield, MA 01103
                                                                 Tel.: (413) 781-0560
                                                                Fax: (413) 739-7740
                                                                sstone@baconwilson.com

Exhibit "A"

| Name | Telephone | Fax | Electronic Notice |
|---|---|---|---|
| Agilent Technologies, Inc. | 1-877-424-4536 | | contact_us@agilent.com |
| Airgas USA, LLC | 518-561-3000 | | anthony.greico@airgas.com |
| Analytical West, Inc. | 888-948-9378 | | eric@analyticalwest.com |
| Environmental Express | 843-881-6560 | | jeff@envexp.com |
| Federal Express | 800-463-3339 | 901-397-2016 | |
| Fisher Scientific | 781-622-1000 | | kimberlee.holliday@thermofisher.com |
| Greenwood Products, Inc. | 732-469-7200 | | bob@greenwoodprod.com |
| Innovative Engineering Solutions, Inc. | 951-304-7600 | | info@iesnet.com |
| National Grid | 508-860-6000 | | customerservice@nationalgrid.com |
| New England Disposal Technologies, Inc. | 508-234-4440 | | mrobertson@nedtinc.com |
| Pace Analytical | 631-694-3040 | 631-420-8436 | |
| Perkin Elmer | 781-663-6900 | | jack.healy@perkinelmer.com |
| Phoenix Environmental Labs | 860-645-1102 | | bobbi@phoenixlabs.com |
| Praxair Distribution, Inc. | 800-772-9247 | | sinaa_almaragati@praxair.com<br>sanna_almaragati@praxair.com |
| Restek Corporation, Inc. | 814-353-1300 | 814-353-1309 | |
| Scientific Specialties Service, Inc. | 410-712-4400 | 410-712-4401 | debbie@scispec.com |
| Teledyne Tekmar | 800-874-2004 | 513-229-7050 | |
| Thermo Electron Corp. | 740-376-2850 | 781-662-1207 | |
| VWR International, Inc. | 610-386-1700 | | dilip_kumar@vwr.com |
| W.B. Mason | 888-926-2766 | | customersupport@wbmason.com |

| | | | |
|---|---|---|---|
| Mass Dept of Revenue | 617-887-6550 | | rosenberg@dor.state.ma.us |
| Florida Dept of Revenue | 850-717-6998 | 850-245-5988 | |
| New York State Dept of Tax and finance | 518-457-3160 | 518-435-8464 | |
| Rhode Island Division of Taxation | 401-574-8935 | | annmarie.kehoe@tax.ri.gov |
| US Trustee | 617-788-0400 | | ECF |
| Bank Rhode Island | waived by counsel | | waived by counsel |
| DiOrio Law Office (counsel to Bank Rhode Island) | 401-632-0911 | | ECF |
| Receiver Mark Russo | 401-455-1000 | | jdorsey@frlawri.com; ECF |
| Bank of America | 800-432-1000 | 415-953-8153 | |
| Greenwood Credit Union | 401-739-4600 | | info@greenwoodcu.org |
| Lincoln Automotive | 888-498-8801 | 888-218-8597 | |
| Quincy Mutual Insurance | 617-770-5100 | | jsullivan@quincymutual.com |
| TD Bank NA | 800-742-2651 | 207-317-4813 | |
| Travelers | 888-661-3938 | 877-552-6091 | |
| Internal Revenue Service | 617-316-2648<br>617-316-2631 | 855-807-1854 | |