# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 15-30404-HJB |
| SPECTRUM ANALYTICAL, INC. | ) |
| Debtor. | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 15-30405-HJB |
| HANIBAL TECHNOLOGY, LLC | ) |
| Debtor. | ) |

## RECEIVER'S MOTION TO SUBSTITUTE EXHIBITS

W. Mark Russo, Esq., in and only in his capacity as the duly appointed Receiver for Spectrum Analytical, Inc. ("Spectrum") as well as Hanibal Technology, LLC ("Hanibal") hereby moves the Court for the entry of an order to substitute the exhibits identified as Exhibits A-J (the "Exhibits") [Doc. 19-1] appended to the Memorandum in Support of Emergency Motion of Receiver W. Mark Russo for Relief pursuant to §543(d)(1) and for Request for Emergency Hearing and Emergency Determination (the "Memorandum") [Doc. 19] filed on May 1, 2015, as set forth below.

In support thereof, the Receiver respectfully represents to the Court as follows:

1. As set forth above, the Receiver filed the Memorandum with the Court on May 1, 2015. Notwithstanding, it has come to the Receiver's attention that in error, certain specific portions of the Exhibits may contain personal identifying information that was not redacted in the Exhibits.

2. In turn, to avoid any confusion with regard to the Exhibits, the Receiver has attached proposed substitute exhibits which are attached hereto as exhibits A-J (the "Substitute Exhibits") for filing in place of the previously filed Exhibits, with redactions to those certain specific portions of the Exhibits that are referenced above.

3. Accordingly, the Receiver respectfully requests that the Court enter an order directing the Clerk of the Court to substitute the Substitute Exhibits for the prior filed Exhibits which were appended to the May 1, 2015 Memorandum.

Respectfully submitted,

W. Mark Russo, Esq., as and only as Receiver for Spectrum Analytical, Inc. and Hanibal Technology LLC

By their attorneys,

*/s/ W. Mark Russo*
W. Mark Russo (BBO# 554047)
**FERRUCCI RUSSO, P.C.**
55 Pine Street – 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: mrusso@frlawri.com

Date: May 2, 2015

## CERTIFICATION OF SERVICE

I hereby certify that on this 2nd day of May, 2015, I filed and served this document through the CMECF electronic filing system on the following parties:

- Michael B. Katz    mkatz@baconwilson.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Gardner H. Palmer    ghpalmer@dioriolaw.com
- W. Mark Russo    mrusso@frlawri.com, wsmith@frlawri.com
- John A. Dorsey  jdorsey@frlawri.com
- Spencer A. Stone    sstone@baconwilson.com, Dwayne@baconwilson.com

/s/W. Mark Russo