

05/04/2015 GRANTED. THE CLERK IS DIRECTED TO CHANGE EXHIBIT "A" TO DOCUMENT #19 TO A "PRIVATE ENTRY" IN THE CM/ECF SYSTEM.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

|   |   |
|---|---|
| In re: <br><br> SPECTRUM ANALYTICAL, INC. <br><br> Debtor. | Chapter 11 <br> Case No. 15-30404-HJB |
| In re: <br><br> HANIBAL TECHNOLOGY, LLC <br><br> Debtor. | Chapter 11 <br> Case No. 15-30405-HJB |

### RECEIVER'S MOTION TO SUBSTITUTE EXHIBITS

W. Mark Russo, Esq., in and only in his capacity as the duly appointed Receiver for Spectrum Analytical, Inc. ("Spectrum") as well as Hanibal Technology, LLC ("Hanibal") hereby moves the Court for the entry of an order to substitute the exhibits identified as Exhibits A-J (the "Exhibits") [Doc. 19-1] appended to the Memorandum in Support of Emergency Motion of Receiver W. Mark Russo for Relief pursuant to §543(d)(1) and for Request for Emergency Hearing and Emergency Determination (the "Memorandum") [Doc. 19] filed on May 1, 2015, as set forth below.

In support thereof, the Receiver respectfully represents to the Court as follows:

1. As set forth above, the Receiver filed the Memorandum with the Court on May 1, 2015. Notwithstanding, it has come to the Receiver's attention that in error, certain specific portions of the Exhibits may contain personal identifying information that was not redacted in the Exhibits.