**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **In re:** | |
| **SPECTRUM ANALYTICAL, INC.** | Chapter 11 |
| | Case No.15-30404-HJB |
| **Debtor(s)** | Jointly Administered |
| **In re** | |
| **HANIBAL TECHNOLOGY, LLC** | Chapter 11 |
| | Case No.15-30405-HJB |
| **Debtor(s)** | |

**MOTION FOR EXPEDITED HEARING ON**

**MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF**
**SALE PROCEDURES AND NOTICES**
**AND**
**SHORTENING NOTICE PERIOD FOR SALE MOTION**

Now Comes Steven Weiss, the duly appointed Chapter 11 Trustee (the "Trustee") of Spectrum Analytical, Inc. (the "Debtor"), by this motion (the "Motion") requests that this Court schedule a hearing upon the Motion of the Chapter 11 Trustee for Approval of Sale Procedures and Notices and Shortening Notice Period for Sale Motion (the "Sale Procedures Motion"), filed today.  In support of this Motion, the Trustee respectfully states as follows:

1. Contemporaneously herewith, the Trustee has filed both the Sale Procedures Motion as well as a motion for approval of the sale of most of Spectrum's assets to Eurofins Scientific SE pursuant to 11 U.S.C. § 363 (the "Sale Motion").

2. As set forth in more detail in the Sale Procedures Motion, the Trustee wishes to shorten the notice period for hearing on the Sale Motion, approve the prospective purchaser's

break-up fee, establish procedures for providing notice of the proposed sale, and establish procedures for further bidding.

3. In addition, one of the terms of the proposed sale is that the closing take place within 45 days after execution of the letter of intent on July 1, 2015.

4. Thus, the Trustee requests that this Court schedule a hearing on the Sale Procedures Motion for July 8, 2015, so that the Court can establish procedures for further bidding, set dates for filing objections and counteroffers, schedule a hearing on the Sale Motion, and address any other matters relevant to the proposed sale.

**WHEREFORE**, pursuant to MLBR 9013-1, the Trustee respectfully prays:

1. That this Court schedule a hearing on the Sale Procedures Motion for July 8, 2015, or as soon thereafter as the Court's schedule permits; and

2. For such other relief that is just and proper.

Dated this 2nd day of July, 2015.

          STEVEN WEISS,
          CHAPTER 11 TRUSTEE

          By: /s/ Steven Weiss___
            Steven Weiss, Esquire
            BBO # 545619
            David K. Webber, Esquire
            BBO #673160
            Shatz, Schwartz and Fentin, P.C.
            1441 Main Street, Suite 1100
            Springfield, MA  01103
            (413) 737-1131
            sweiss@ssfpc.com